*Howell v. City of Zion, et al.*
**Case No.: 16 CV 3949**

# EXHIBIT I

