# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALICE HOWELL, Independent Administrator of the Estate of JUSTUS HOWELL, deceased, | ) ) ) | |
| Plaintiff, | ) ) | No. 16-cv-03949 |
| vs. | ) ) | Judge Thomas M. Durkin |
| CITY OF ZION, a municipal corporation, OFFICER ERIC HILL, (#47), | ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S COMBINED RESPONSE TO DEFENDANTS'
SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF
AND SECOND SET OF INTERROGATORIES TO PLAINTIFF**

The plaintiff submits the following responses to Defendants' Second Requests for Production of Documents and Defendants' Second Set of Interrogatories.

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

1. Any documents referenced in or relied upon for Plaintiff's Answers to Defendants' Second Set of Interrogatories.

**RESPONSE**: See Attached "Original Income Withholding Order/Notice for Support."

2. All documentation and other evidence that establishes Arnold Howard is the legal father of Justus Howell. This specifically includes, but is not limited to, a Voluntary Acknowledgement of Paternity, an Administrative Paternity Order, an Order of Paternity, and/or paternity test results.

**RESPONSE**: See Attached "Original Income Withholding Order/Notice for Support."

3. Documentation and records from any court proceedings related to paternity, custody and/or child support payments of Justus Howell. This includes proceedings before any

administrative agency and/or court of law.

**RESPONSE**: See Attached "Original Income Withholding Order/Notice for Support."

4. Documents and records of child support payments made for Justus Howell, including court orders, payment schedules, and receipts.

**RESPONSE**: See Attached "Original Income Withholding Order/Notice for Support."

### PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFF

1. Is Arnold Howell the biological and/or legal father of Justus Howell?

**ANSWER**: Yes.

2. Identify all documentation and other evidence that establishes Arnold Howard is the legal father of Justus Howell. This specifically includes, but is not limited to, a Voluntary Acknowledgement of Paternity, an Administrative Paternity Order, an Order of Paternity, and/or paternity test results.

**ANSWER**: See the Attached "Original Income Withholding Order/Notice for Support."

3. Was an Order of Paternity entered establishing Arnold Howard as the legal father of Justus Howell? If so, identify the date, jurisdiction, and judge that entered such an Order.

**ANSWER**: Yes. See Attached "Original Income Withholding Order/Notice for Support."

4. Did Arnold Howard pay child support for Justus Howell? If so, identify the dates of payments, amounts of payments, frequency of payments, and to whom the payments were made.

**ANSWER**: Yes. See Attached "Original Income Withholding Order/Notice for Support."

5. Was Arnold Howard ever ordered to pay child support for Justus Howell? If so, identify the date, jurisdiction, and judge that entered such an Order.

**ANSWER**: Yes. See Attached "Original Income Withholding Order/Notice for Support."

August 14, 2017

/s/Andrew Stroth
_____
Andrew M. Stroth
Action Injury Law Group, LLC
191 North Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 771-2444
Fax: (312) 641-6866
astroth@actioninjurylawgroup.com


Carlton Odim
Odim Law Offices
225 West Washington Street, Suite 2200
Chicago, Illinois 60606
Tel: (312) 578-9390
Fax: (312) 924-0201
carlton@odimlaw.com

*ATTORNEYS FOR PLAINTIFF*

CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on August 14, 2017 the foregoing **COMBINED ANSWERS TO DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF AND SECOND SET OF INTERROGATORIES TO PLAINTIFF** was sent via e-mail to the following:

> Thomas DiCianni
> Elizabeth K. Barton
> Ancel, Glink, Diamond, Bush, Dicianni & Krafthefer, P.C.
> 140 South Dearborn Street
> Sixth Floor
> Chicago, Illinois 60603
> tdicianni@ancelglink.com
> ebarton@ancelglink.com

/s/ Carlton Odim
Carlton Odim
Odim Law Offices
225 West Washington Street
Suite 2200
Chicago, Illinois 60606
Tel: (312) 578-9390
Fax: (312) 924-0201
carlton@odimlaw.com

# INCOME WITHHOLDING FOR SUPPORT

[X] ORIGINAL INCOME WITHHOLDING ORDER/NOTICE FOR SUPPORT (IWO)
[ ] AMENDED IWO
[ ] ONE-TIME ORDER/NOTICE FOR LUMP-SUM PAYMENT
[ ] TERMINATION of IWO

Date: APRIL 11, 2013

[X] Child Support Enforcement (CSE) Agency  [ ] Court  [ ] Attorney  [ ] Private Individual/Entity (Check One)

State/Tribe/Territory **WISCONSIN**
City/County/Dist./Tribe **KENOSHA County**
Private Individual/Entity _____

Remittance Identifier (Include w/ payment) ████
Order Identifier
CSE Agency Case Identifier (PIN) ████

Re: HOWARD ARNOLD A
Employee/Obligor's Name (Last, First, Middle)

████
Employee/Obligor's Social Security Number

PAM'S BEAUTY & HAIR CARE
1209 26TH ST
ZION IL 60099

HOWELL LATOYA A
Custodial Party/Obligee's Name (Last, First, Middle)

Employer/Income Withholder's Name & Address

Employer/Income Withholder's FEIN

Child's Name and Birth Date:        JUSTUS D HOWELL       ████

If you receive the National Medical Support Notice, review the notice for specific requirements for enrolling the children.

**ORDER INFORMATION:** This document is based on the support or withholding order from Wisconsin. **You are required by law to deduct these amounts from the employee/obligor's income until further notice.**
$55.57 per WEEK current child support
for a **Total Amount to Withhold of $55.57** per WEEK.

**AMOUNTS TO WITHHOLD:** You do not have to vary your pay cycle to be in compliance with the Order Information. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:

$ 55.57 per weekly pay period
$ 111.14 per biweekly pay period (every two weeks)
$ 120.40 per semimonthly pay period (twice a month)
$ 240.80 per monthly pay period
$_____ **Lump-Sum Payment:** Do not stop any existing IWO unless you receive a termination order.

**REMITTANCE INFORMATION:** If employee/obligor's (employee's) principal place of employment is WISCONSIN, you must begin withholding no later than the first pay period that occurs 5 days after the date of this IWO. Send payment within 5 working days of the pay date. If you can't withhold the full amount of support for any or all IWOs for this employee, withhold up to 50% of disposable income for all orders. If employee's principal place of employment is not WISCONSIN, obtain withholding limitations, time requirements, & any allowable fees at http://www.acf.hhs.gov/programs/cse/newhire/employer/contacts/contact_map.htm for the principal place of employment. For electronic payment requirements and State Disbursement Unit (SDU) information, see the website listed immediately above.

Include the **Remittance Identifier (PIN) with payment** and if necessary this FIPS code: 55200. **Remit payment to:** WI SCTF, Box 74400, Milwaukee WI 53274-0400.

[ ] Return to Sender [Completed by Employer/Income Withholder]. Payment must be directed to an SDU in accordance with 42 USC §666(b)(5) and (b)(6) or Tribal Payee (see Payments to SDU, p.2). If payment is not directed to an SDU/Tribal Payee or this IWO is not regular on its face, you **must** check this box and return the IWO to the sender.

Signature of Judge/Issuing Official (not required by Wisconsin law): _____ Date: _____
Print Name of Judge/Issuing Official: MARNI E SORCE
Title of Judge/Issuing Official: Child Support Worker

**CONTACT INFORMATION: To employer/income withholder, employee/obligor** Questions? Contact the KENOSHA County Child Support Agency by phone at (262) 697-4500 or by fax at (262) 697-4745.

Employer, send termination/income status notice and other **correspondence to:** KENOSHA CO CHILD SUPPORT AGENCY, 8600 SHERIDAN RD STE 301, KENOSHA WI 53143 6505

OMB Expiration Date -- 05/31/2014. The OMB Expiration Date has no bearing on the termination date of the income withholding order; it identifies the version of the form currently in use.

OMB 0970-0154

**From:** Barton, Elizabeth
**Sent:** Friday, September 01, 2017 3:07 PM
**To:** 'Carlton Odim'; DiCianni, Thomas
**Cc:** Andrew Stroth; Turner, Kathleen
**Subject:** RE: Howell v. Zion

Counsel,

The document you produced did not appear to be an Order entered by a court. Was there an order establishing paternity? If so, please provide that.

**Elizabeth Barton**
Ext. 9183

**From:** Carlton Odim [mailto:carlton@actioninjurylawgroup.com]
**Sent:** Monday, August 14, 2017 8:48 AM
**To:** Barton, Elizabeth; DiCianni, Thomas
**Cc:** Andrew Stroth
**Subject:** Howell v. Zion

Liz,

Attached are the answers to Defendants' Second set of Interrogatories and Requests for Production to Plaintiff.

Carlton

1